THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEY FAY COURTNEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-0453-JCC<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of Plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 18), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 18).

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//

//

1       DATED this 5th day of December 2012.

\
John C. Coughenour  
UNITED STATES DISTRICT JUDGE

ORDER REVERSING AND REMANDING CASE  
FOR FURTHER ADMINISTRATIVE  
PROCEEDINGS  
PAGE - 2